# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GABRIEL FERGUSON,<br><br>　　　　　Defendant, | Case No. 20CR767-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE [Dkt. 63]** |

**IT IS HEREBY ORDERED** that the joint motion to continue revocation hearing from April 8, 2022 to May 6, 2022, at 2:30 PM [Dkt. 63] is **GRANTED** to allow the supervisee sufficient time to secure sentencing information to present to the Court pursuant to Fed. R. Crim. P. 32.1(b)(2)(E).

IT IS SO ORDERED.

Dated:  April 6, 2022

　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　United States District Judge